AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>FRANCISCO XORXE-PABLO<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No. 8:16MJ1782TBM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 30, 2016 to Present__ in the county of __Hernando__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal reentry into the United States after deportation. |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Robert M. Vadasz, Senior Partrol Agent, USBP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-2-16

_____
Judge's signature

City and state: Tampa, Florida    THOMAS B. MCCOUN, III, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Robert Vadasz, being duly sworn, hereby depose and state as follows:

1. I have been employed as a United States Border Patrol Agent with the United States Border Patrol since May 10, 1998. Since May of 2005, I have been assigned to the United States Border Patrol Station in Tampa, Florida as a Senior Patrol Agent.

2. In my capacity as a Border Patrol Agent, I am charged with enforcing United States immigration laws, both administrative and criminal sections of the law. I am a federal law-enforcement officer with the authority to execute arrest warrants and search warrants under the authority of the United States.

3. This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on my personal experiences and observations as well as those of other agents. This affidavit does not contain every fact regarding the investigation, but does document the probable cause to charge Francisco XORXE-Pablo (XORXE-PABLO), a citizen and national of Guatemala illegally present in the United States, with illegal reentry into the United States after deportation, in violation of Title 8, United States Code, Section 1326(a).

4. I submit only those facts believed to be relevant to the determination of probable cause, and this affidavit should not be construed as a complete statement of all the facts of the investigation.

## FACTS AND CIRCUMSTANCES

5. On or about November 30, 2016, Border Patrol Agents assigned to the Tampa Station were engaged in highway operations in search of alien smuggling loads from outside of Florida entering the area of operation for the Tampa Border Patrol Station. At that time, I was parked in the center median of Interstate 75 in the vicinity of mile marker 318, near Brooksville, Florida. At that time, I observed a 2003, White Chevrolet Suburban, bearing no visible license plates, traveling southbound. I pulled from my stationary position to further observe the vehicle and its occupants.

6. When I caught up to the vehicle, I observed an "Auto World" of Stockton, CA car dealership sign in the place of the vehicle's license plate. This is a tactic utilized by smuggling groups to disguise the vehicle registration from law enforcement and electronic license plate readers at and near the United States/Mexico border.

7. As I paralleled the vehicle, I observed at least five occupants in the vehicle and people in the back of the vehicle attempting to hide from my view. All subjects appeared to be Hispanic males and appeared to be extremely nervous due to my presence as I was operating a fully marked Border Patrol vehicle. The driver fluctuated the speed of the vehicle several times in what appeared to me to be an attempt to avoid being seen. The driver eventually slowed the vehicle to less than 55 MPH, in a posted 70 MPH zone, in an attempt to get me to pass his location, which quickly backed up traffic behind our vehicles.

8. I followed and observed the vehicle for approximately 13 miles and then conducted a vehicle stop of the suburban. The vehicle yielded in the southbound lanes of Interstate 75 near mile marker 304. This area is located in Hernando County, Florida, which is located within the Middle District of Florida.

9. I approached the vehicle and identified myself as a United States Border Patrol Agent. The vehicle contained a total of seven occupants. One of the passengers was identified as XORXE-PABLO and was determined to be a citizen and national of Guatemala illegally present in the United States. Records checks conducted roadside revealed that XORXE-PABLO had been previously assigned A# 076 882 083.

10. Further records revealed that, on or about August 16, 2002, in Omaha, Nebraska, XORXE-Pablo was ordered removed and was physically removed from the United States and deported to Guatemala on November 1, 2002.

11. All of the occupants were taken into administrative custody and transported to the Tampa Border Patrol Station for processing and further investigation. At the Tampa Station, XORXE-PABLO was advised of his <u>Miranda</u> rights and agreed to answer questions without having an attorney present.

12. Upon questioning, XORXE-PABLO admitted to being a citizen and national of Guatemala, who was illegally present in the United States. XORXE-PABLO further stated that, on or about November 22, 2016, he had illegally re-entered the United States, near Laredo, Texas, without any prior application or

authorization. XORXE-PABLO admitted to having been previously deported from the United States sometime in 2002.

13. Records checks and fingerprint queries were conducted through all pertinent indices. Records revealed that XORXE-PABLO was previously assigned A# 076 882 083 and FBI# 999540NB1. Further records checks confirmed that XORXE-PABLO had been ordered removed from the United States on August 16, 2002, in Omaha, Nebraska. XORXE-PABLO was deported to Guatemala on November 1, 2002, and he did not have permission to reenter the United States.

14. Based on the foregoing, there is probable cause to charge Francisco XORXE-PABLO, a citizen and national of Guatemala illegally present in the United States, with illegal reentry into the United States after deportation, in violation of Title 8, United States Code, Section 1326(a).

_____
Robert M. Vadasz, Senior Patrol Agent
United States Border Patrol Agent

Subscribed and sworn before me
This __2__ day of December, 2016

_____
THOMAS B. MCCOUN, III
United States Magistrate Judge

T:\_Cases\Criminal Cases\X\Xorxe-Pablo, Francisco_2016ROpend_LYT\x_Complaint Affidavit.doc

4